UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | * |
| | *   NO. 18-14315-SDR |
| MATTHEW CHRISTIAN McCUISTON | *   CHAPTER 7 |
| | * |
| Debtor(s) | * |
| | * |
| Interested Party: Veronica McCuiston | * |

MOTION FOR ENTRY OF AGREED ORDER

Upon agreement of the parties, the Interested Party, Veronica McCuiston, by and through counsel, moves the Court for entry of the attached Agreed Order.

Respectfully submitted,

*/s/Rebecca L. Hicks*
Rebecca L. Hicks, BPR #7338
Attorney for Veronica McCuiston
1374 Railroad Street, Suite 100
Dayton, TN  37321
(423) 775-2545
(423) 775-2686 – facsimile
Email: hickslaw@volstate.net

CERTIFICATE OF SERVICE

The undersigned hereby certified that a copy of the foregoing has been served upon all parties of interest in this case via the court's electronic noticing system this 16th day of October, 2018.

*/s/Rebecca L. Hicks*