**SO ORDERED.**
**SIGNED this 17th day of October, 2018**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Shelley D. Rucker
**Shelley D. Rucker**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | NO. 18-14315-SDR |
| MATTHEW CHRISTIAN McCUISTON | * | CHAPTER 7 |
| | * | |
| Debtor(s) | * | |
| | * | |
| Interested Party: Veronica McCuiston | * | |

### AGREED ORDER

Upon agreement of the parties as evidenced by the signature of counsel affixed hereto, and it appearing to the Court that an action for divorce is pending in the Circuit Court of Sequatchie County, Tennessee between the Debtor and his current wife styled *Matthew McCuiston v. Veronica McCuiston*, Case No. 17-CV-189, wherein matters of alimony, property division and debt division are pending which need to be resolved, it is hereby

ORDERED that the automatic stay of 11 U.S.C. § 362 is hereby lifted so as to allow the resolution of all matters including division of marital property and division of marital debt as

well as child custody and support in the divorce proceeding styled *Matthew McCuiston v. Veronica McCuiston*, Case No. 17-CV-189 in the Circuit Court of Sequatchie County, Tennessee.

###

APPROVED FOR ENTRY:

/s/Rebecca L. Hicks
Rebecca L. Hicks, BPR #7338
Attorney for Veronica McCuiston
1374 Railroad Street, Suite 100
Dayton, TN 37321
(423) 775-2545
(423) 775-2686 – facsimile
Email: hickslaw@volstate.net

/s/Mark T. Young
Mark T. Young, BPR #5305
Attorney for Debtor
2895 Northpoint Blvd
Hixson, TN 37343
(423) 870-5225
(423) 877-0363 – facsimile

/s/Robert J. Wilkinson by permission
CHAPTER 7 TRUSTEE
Robert J. Wilkinson, BPR #015083
Law Office of W. Thomas Bible, Jr.
6918 Shallowford Road, Suite 100
Chattanooga, TN 37421
(423) 424-3116
(423) 553-0639 – facsimile